**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------X
:
RICHARD ARJUN KAUL, M.D., et al.,          :     Case No. 1:23-cv-02016-JLR
:
             Plaintiffs,          :
:
    vs.          :
:
INTERCONTINENTAL EXCHANGE, et al.,          :
:
            Defendants.          :
:
------------------------------------------------------------------X

### DEFENDANT FEDERATION OF STATE MEDICAL BOARDS' CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Federation of State Medical Boards of the United States, Inc. ("the Federation"), by and through its undersigned counsel, certifies that there are no parent companies or publicly held corporations owning at least 10% of the stock of the Federation.

Dated: April 27, 2023               BALLARD SPAHR LLP

                          By:    */s/ Jay Ward Brown*
                                  Jay Ward Brown

                         Jay Ward Brown
                         1909 K Street, NW
                         12th Floor
                         Washington, DC 20006-1157
                         Telephone: 202.508.1136
                         Facsimile: 202.661.2299
                         brownjay@ballardspahr.com

                         *Attorneys for Defendant*
                         *Federation of State Medical Boards of the United States, Inc.*