UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X
RICHARD ARJUN KAUL, M.D., et al.,         :   Case No. 1:23-cv-02016-JLR
                                          :
                Plaintiffs,     :
                                          :
vs.                                       :
                                          :
INTERCONTINENTAL EXCHANGE, et al.,        :
                                          :
                Defendants.     :
-----------------------------------------------------------------X

## CERTIFICATE OF SERVICE

Pursuant to the Court's Individual Rules and Practices in Civil *Pro Se* Cases, I certify that on April 27, 2023, I caused paper copies of the following documents:

- Notice of Motion to Dismiss Plaintiffs' Complaint By Defendants Federation of State Medical Boards and Arthur Hengerer ;

- Memorandum of Law in Support of Defendants Federation of State Medical Boards and Arthur Hengerer's Motion to Dismiss Plaintiffs' Complaint;

- Exhibits 1-2 to the Defendants' Memorandum;

- Copies of authorities cited in the foregoing materials that are unpublished or reported exclusively on computerized databases; and

- Defendant Federation of State Medical Boards' Corporate Disclosure Statement.

to be served on the plaintiffs in this action at the below addresses via U.S. Mail:

      Richard Arjun Kaul, MD
      24 Washington Valley Road
      Morristown, NJ 07960
      Tel. 973-876-2877

David Basch
90 S Sparta Ave.
Sparta, New Jersey 07871

Dated: April 27, 2023　　　　　　　BALLARD SPAHR LLP

　　　　　　　　　　　　　　　　By:　*/s/ Jay Ward Brown*
　　　　　　　　　　　　　　　　　　　Jay Ward Brown

Jay Ward Brown
1909 K Street, NW
12th Floor
Washington, DC 20006-1157
Telephone: 202.508.1136
Facsimile: 202.661.2299
brownjay@ballardspahr.com

*Attorneys for Defendants*
*Federation of State Medical Boards of the United*
*States, Inc. and Arthur Hengerer*