UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| RICHARD ARJUN KAUL, M.D., et al., | Case No. 1:23-cv-02016-JLR |
| Plaintiffs, | |
| vs. | |
| INTERCONTINENTAL EXCHANGE, et al., | |
| Defendants. | |

---

## NOTICE OF MOTION TO DISMISS PLAINTIFFS' COMPLAINT BY DEFENDANTS FEDERATION OF STATE MEDICAL BOARDS AND ARTHUR HENGERER

PLEASE TAKE NOTICE THAT, on a date and time to be determined by the Court, Defendants Federation of State Medical Boards of the United States, Inc. (the "Federation") and Arthur Hengerer (together the "Federation Defendants") will and hereby do move, pursuant to Federal Rules of Civil Procedure 12(b)(6), to dismiss and/or strike Plaintiffs' Complaint. The Federation Defendants' motion to dismiss is supported by this Notice of Motion and the concurrently filed Memorandum of Law, the materials on file in this action and any other judicially noticeable material, any further briefing the Court may receive, and such other evidence and argument the Court may entertain.

Dated: April 27, 2023                           BALLARD SPAHR LLP

                                                By:   */s/ Jay Ward Brown*
                                                          Jay Ward Brown

                                                Jay Ward Brown
                                                1909 K Street, NW
                                                12th Floor

Washington, DC 20006-1157
Telephone: 202.508.1136
Facsimile: 202.661.2299
brownjay@ballardspahr.com

*Attorneys for Defendants*
*Federation of State Medical Boards of the United States, Inc. and Arthur Hengerer*