AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| RICHARD ARJUN KAUL, MD <br> DAVID B. BASCH, MD <br><br> *Plaintiff(s)* <br> v. <br> INTERCONTINENTAL EXCHANGE, ET AL <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 23-CV-2016 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

INTERCONTINENTAL EXCHANGE
11 WALL STREET, NEW YORK, NY 10005

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> RICHARD ARJUN KAUL, 24 WASHINGTON VALLEY ROAD, MORRISTOWN, NJ 07960

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 03/29/2023

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 23-CV-2016

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Intercontinental Exchange__
was received by me on *(date)* __4/28/2023__.

☒ I personally served the summons on the individual at *(place)* __Dan Mollin InterContinental Exchange__ on *(date)* __4/28/23__ ; or __11 Wall St, NY, NY__

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ __40.00__ for travel and $ __140.00__ for services, for a total of $ __$180.00__.

I declare under penalty of perjury that this information is true.

Date: __05-01-2023__

Server's Signature: *Doreen Bettens*

Printed name and title: Doreen Bettens

Server's address: 69 East New Street, Rockaway, NJ 07866

OFFICIAL SEAL
PATRICK Z. BALDWIN
Notary Public-New Jersey
My Commission Expires
November 13, 2024
ID 50116851

May 01, 2023

Additional information regarding attempted service, etc: